UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REACH AIR MEDICAL SERVICES, LLC, CALSTAR AIR MEDICAL SERVICES, LLC, and GUARDIAN FLIGHT LLC, <br><br> Plaintiff, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN INC., and MEDICAL EVALUATORS OF TEXAS ASO, LLC, <br><br> Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. 4:22-cv-03979 |

## **DISCLOSURE OF INTERESTED PARTIES**

NOW COMES, PLAINTIFFS, REACH AIR MEDICAL SERVICES, LLC, CALSTAR AIR MEDICAL SERVICES, LLC, and GUARDIAN FLIGHT, LLC, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1.  Global Medical Response, Inc. is the parent corporation of Plaintiffs REACH Air Medical Services, LLC, CALSTAR Air Medical Services, LLC, and Guardian Flight LLC (through a holding company, Air Medical Group Holdings Company LLC). No publicly held corporation owns 10% or more of the stock of Global Medical Response, Inc. Global Medical Response, Inc. is headquartered in Greenwood Village, CO.

| | |
|---|---|
| Dated: January 10, 2023 | NORTON ROSE FULBRIGHT US LLP |
| | |
| | */s/ Adam T. Schramek* |
| | Adam T. Schramek, Lead Counsel |
| | Texas Bar No. 24033045 |
| | Federal ID: 431403 |
| | 98 San Jacinto Boulevard |
| | Suite 1100 |
| | Austin, TX  78701-4255 |
| | Telephone:     (512) 474-5201 |
| | Facsimile:       (512) 536-4598 |
| | adam.schramek@nortonrosefulbright.com |
| | |
| | Abraham Chang |
| | Texas Bar No. 24102827 |
| | 1301 McKinney, Suite 5100 |
| | Houston, TX  77010-3095 |
| | Telephone:     (713) 651-5151 |
| | Facsimile:       (713) 651-5246 |
| | abraham.chang@nortonrosefulbright.com |
| | *Of Counsel* |
| | |
| | *Attorneys for REACH Air Medical Services, LLC, CALSTAR Air Medical Services, LLC, and Guardian Flight LLC* |

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of January 2023, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

*Adam T. Schramek*
Adam T. Schramek