Case 4:22-cv-03979   Document 22   Filed on 01/17/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REACH AIR MEDICAL SERVICES, LLC, CALSTAR AIR MEDICAL SERVICES, LLC, and GUARDIAN FLIGHT, LLC,** § § § § § | | |
| *Plaintiffs*, § § | | |
| v. § § | Case No. 4:22-cv-03979 | |
| **KAISER FOUNDATION HEALTH PLAN, INC. and MEDICAL EVALUATORS OF TEXAS ASO, LLC,** § § § § | | |
| *Defendants*. | | |

## PROPOSED SCHEDULING ORDER

1. Trial: Estimated time to try: one to two days.       X Bench       _ Jury

2. New parties must be joined by: 3/29/23

*Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: 6/30/23

4. The defendant's experts must be named with a report furnished by: 8/31/23

5. Discovery must be completed by: 10/31/23

*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:  10/31/23

Responses due by:  11/30/23

7. Non-Dispositive Motions will be filed by: 11/30/23

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*      The      Court      will      provide      these      dates.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

8. Joint pretrial order is due:    April 29, 2024

*The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on:    May 28, 2024

10. Trial is set for **9:00 AM** on:    June 10, 2024

*The case will remain on standby until tried.*

Signed this 17th day of January, 2023.

_____
Sam Sheldon
United States Magistrate Judge