## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| REACH AIR MEDICAL SERVICES LLC, CALSTAR AIR MEDICAL SERVICES, LLC and GUARDIAN FLIGHT, LLC, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-03979 |
| KAISER FOUNDATION HEALTH PLAN INC., and MEDICAL EVALUATORS OF TEXAS ASO, LLC, | § § § § | |
| Defendants. | | |

### NOTICE OF APPEARANCE OF ABRAHAM CHANG

Notice is hereby given that the undersigned attorney, Abraham Chang, enters his appearance in this matter as counsel for Plaintiffs for the purpose of receiving notices and orders from the Court.

Dated: March 16, 2023

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

<u>*/s/ Abraham Chang*</u>

Abraham Chang
Texas Bar No. 24102827
Federal ID: 3831625
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246
abraham.chang@nortonrosefulbright.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 16, 2023 , a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

*/s/ Abraham Chang*
Abraham Chang